Christopher Yost (150785)
FEDERAL EXPRESS CORPORATION
Irvine, CA 92614
Telephone: (949) 862-4558
E-mail: cjyost@fedex.com

Attorney for Defendants,
FEDERAL EXPRESS CORPORATION d/b/a FEDEX

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION d/b/a FEDEX<br><br>　　　　Defendants. | Case No. 1:16-cv-00163-EPG<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FEDERAL EXPRESS CORPORATION d/b/a FEDEX TO RESPOND TO THE COMPLAINT** |

　　The Court, having considered the parties' Joint Stipulation for Extension of Time for Defendant Federal Express Corporation d/b/a FedEx to Respond to the Complaint, and, for good cause shown, hereby orders:

　　The deadline for Defendant FEDERAL EXPRESS CORPORATION d/b/a FEDEX to file a response to the Complaint is **March 30, 2016**.

IT IS SO ORDERED.

　　Dated:　**March 4, 2016**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
IRVINE, CA 92614

1

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FEDERAL EXPRESS CORPORATION d/b/a FEDEX TO RESPOND TO THE COMPLAINT**

1:16-cv-00163-EPG